IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  8:06-136-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LENNELL DYCHES | ) | |
| | ) | |
| _____ | ) | |

The defendant pled guilty in this court to five bank robberies and two related gun offenses.  Following his sentencing, he filed an unsuccessful appeal with the Fourth Circuit Court of Appeals, and then an unsuccessful motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  This court's order dismissing the § 2255 motion was also affirmed by the Fourth Circuit Court of Appeals.  The defendant thereafter filed a judicial complaint under 28 U.S.C. § 351 alleging claims of fraud, prejudice, and bias.  That complaint was dismissed by the Judicial Council.

Subsequent to the exhaustion of the defendant's appellate rights in their entirety, the defendant began filing a series of motions with this court, challenging his conviction and sentence for a variety of reasons.  The court denied all those motions and no good purpose would be served by reciting the motions in this order.

Defendant now returns to this court with a "Motion to dismiss pursuant to Rule 60(d)."  The body of the motion indicates that the motion is based upon "fraud on the court, in which the integrity of the court and its ability to function impartially is directly impinged

due to improper influence on the court exerted on the court by the attorney official perpetration." (ECF No. 183).  In this most recent pleading, the defendant continues his unsupported and baseless allegations that the defendant's attorney somehow colluded with this court to engineer his guilty plea and sentence.  Included in this most recent motion is a new allegation, specifically an allegation that this court was bribed in regard to the defendant's case.  This allegation, together with others like it, are utterly baseless and form no basis for disturbing the judgment in this case.  The motion to dismiss is therefore denied.

IT IS SO ORDERED.

May 29, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge